DIF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

MELSON RAHEEN MATHIS : NOT FOR PRINT OR
: ELECTRONIC
Petitioner, : PUBLICATION
:
-against- : ORDER
:
UNITED STATES OF AMERICA : 10-CV-337 (ARR)
:
Respondent. : Relates to: 02-CR-891 (ARR)
X 09-CV-1101(ARR)
--------------------------------------------------------------

ROSS, United States District Judge:

The parties are advised that the order in this action dated January 29, 2010, which was mailed to the parties, was withdrawn prior to docketing.

SO ORDERED.

/S/
Allyne R. Ross
United States District Judge

Dated: Brooklyn, New York
February 2, 2010

**COPIES WERE FORWARDED TO:**

Melson Raheen Mathis
#21289-057
FCI-Allenwood (1-B)
P.O. Box 2000
White Deer, PA 17887

Kelly Currie
Assistant U.S. Attorney
U.S. Attorney's Office
271 Cadman Plaza
Brooklyn, NY 11201